## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA :   No. 65 MM 2018

                                      :    Court of Common Pleas of Adams County,
         v.                     :    CP-01-CR-876-2017

PHILIP EDWARD COSDEN, III      :    Change of Venue

## ORDER

AND NOW, this 5th day of April, 2018, the Honorable Michael A. George of the Court of Common Pleas of Adams County having certified to this Court an Order for change of venue in the above matter pursuant to Pa.R.Crim.P. 584(B), it is

ORDERED that said case shall be transferred to Dauphin County in compliance with Pa.R.Crim.P. 584(B).

_____
Chief Justice